An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., A NATIONAL ASSOCIATION,<br>Appellant,<br>vs.<br>TRP FUND IV, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Respondent. | No. 67632<br><br>**FILED**<br><br>AUG 17 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

### ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion to dismiss. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Respondent has filed a motion to dismiss the appeal as premature on the ground that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Specifically, the following claims and parties remain below: appellant's counterclaim against respondent and third-party complaint against an additional party. The motion to dismiss is unopposed. Cause appearing, we conclude that the notice of appeal is premature and we lack jurisdiction. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.          _____, J.
Gibbons                                Pickering

15-24722

cc:    Hon. James Crockett, District Judge
       Eleissa C. Lavelle, Settlement Judge
       Akerman LLP/Las Vegas
       Wright Law Group
       Eighth District Court Clerk